

**BOSTON & MAINE CORPORATION**
**MAINE CENTRAL RAILROAD COMPANY**
**SPRINGFIELD TERMINAL RAILWAY COMPANY**

IRON HORSE PARK
NO. BILLERICA, MASS. 01862



FILED
IN CLERK'S OFFICE

LAW DEPARTMENT
978-663-1029
Fax 978-663-1213

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 15, 2003

**VIA HAND DELIVERY**

United States District Court
Office of the Clerk
Suite 2300
One Courthouse Way
Boston, MA 02210

RE:   *First Union Rail Corporation v. Maine Central Railroad Company, et. al.*
      C.A.# 03 12374 DPW

Dear Sir/Madam:

Pursuant to Local Rule of Civil Procedure 81.1, enclosed please find a certified copy of the record of the proceedings in Massachusetts Superior Court in *First Union Rail Corporation v. Maine Central Railroad Company, et. al.*, MICV2003-03430.

I hereby certify that a true copy of these documents were served on the attorney of record for each other party by mail on December 15, 2003.

Please call with any questions.

Sincerely

Robert B. Culliford
Corporate Counsel

cc:   Robert Bowers, Esq.
      John D. Fitzpatrick, Esq.

MAS-20010706
donovank
Case 1:03-cv-12374-DPW   Document 3   Filed 12/15/2003   Page 2 of 4
Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket
12/08/2003
10:01 AM

## MICV2003-03430
### First Union Rail Corporation v Maine Central Railroad Company et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 08/18/2003 | **Status** | dtrans | Disposed: transfered to other court | |
| **Status Date** | 12/05/2003 | **Session** | L2 | Cv time-stan 2 (Lowell) | |
| **Origin** | 1 | **Case Type** | A01 | Services, labor, materials | |
| **Lead Case** | | **Track** | F | **Public View** | Yes |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 11/16/2003 | **Answer** | 01/15/2004 | **Rule12/19/20** | 01/15/2004 |
| **Rule 15** | 01/15/2004 | **Discovery** | 06/13/2004 | **Rule 56** | 07/13/2004 |
| **Final PTC** | 08/12/2004 | **Disposition** | 10/11/2004 | **Jury Trial** | No |

### PARTIES

**Plaintiff**
First Union Rail Corporation
Active 08/18/2003

**Private Counsel 550059**
John D Fitzpatrick
Fitzpatrick & Warrenbrand
1 McKinley Square
Boston, MA 02109
Phone: 617-720-2286
Fax: 617-723-1710
Active 08/18/2003 Notify

**Defendant**
Maine Central Railroad Company
Service pending 08/18/2003

**Private Counsel 638468**
Robert B. Culliford
Iron Horse Park-Law Department
Iron Horse Park
North Billerica, MA 01862
Phone: 978-663-1029
Active 11/03/2003 Notify

**Defendant**
Boston And Maine Corporation
Service pending 08/18/2003

*** See Attorney Information Above ***

**Defendant**
Portland Terminal Company
Service pending 08/18/2003

*** See Attorney Information Above ***

**Commonwealth of Massachusetts**
**MIDDLESEX SUPERIOR COURT**
Case Summary
Civil Docket

## MICV2003-03430
### First Union Rail Corporation v Maine Central Railroad Company et al

| Defendant | *** See Attorney Information Above *** |
|---|---|
| Springfield Terminal Railway Company<br>Service pending 08/18/2003 | |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 08/18/2003 | 1.0 | Complaint & civil action cover sheet filed |
| 08/18/2003 | | Origin 1, Type A01, Track F. |
| 10/29/2003 | 2.0 | SERVICE RETURNED (summons): (4) defts'. service made on October 28, 2003 (in hand) Atty. Robert Gulliford, Esq. |
| 11/26/2003 | | Pleading, Petition For Removal to the United States District Court, returned to Robert B. Culliford, Esq.: Must file the Petition from the U.S. District Court with the seal in order to process the transfer |
| 12/05/2003 | 3.0 | Copy of Petition for Removal to the United States District Court filed by Boston And Maine Corporation |
| 12/05/2003 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

MIDDLESEX, ss.    **Commonwealth of Massachusetts**

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT



I certify that the foregoing is a true copy...
set my hand and affixed the seal...
this ___ day of December, 2003

_____
Deputy Assistant Clerk

## Commonwealth of Massachusetts
### County of Middlesex
### The Superior Court

```
         FILED
    IN CLERKS OFFICE

    2003 DEC 15  P 4: 39

    U.S. DISTRICT COURT
    DISTRICT OF MASS.
```

I, **Martha Fulham, Assistant Clerk** of the Superior Court of the Commonwealth of Massachusetts within and for said County of Middlesex, do certify that the papers hereto annexed are true pleadings in case No. **MICV2003-03430** entered in the Superior Court on **08/18/2003**.

**IN TESTIMONY WHEREOF,** I hereunto set my hand and affix the seal of said Superior Court, at said Lowell, Massachusetts this 8th of December, in the year of our Lord 2003



*Martha Fulham*
Assistant Clerk of the Courts

cvdremlett_1.wpd 2482343 removus donovank