COURT
                                                               OF MASS.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                    2004 JAN 13  P 5:15

| | |
|---|---|
| **FIRST UNION RAIL** )<br>**CORPORATION** )<br>*Plaintiff,* )<br>) | OFFICE<br>**C.A. # 03-12374 DPW** |
| v. ) | |
| **MAINE CENTRAL RAILROAD** )<br>**COMPANY,** ) | |
| **BOSTON AND MAINE** )<br>**CORPORATION,** ) | |
| **PORTLAND TERMINAL** )<br>**COMPANY** ) | |
| *and* ) | |
| **SPRINGFIELD TERMINAL** )<br>**RAILWAY COMPANY,** )<br>*Defendants* ) | |

## NOTICE OF APPEARANCE

To The Clerk of Court:

Please enter my appearance as additional counsel for defendants, Maine Central Railroad Company, Boston and Maine, Portland Terminal Company and Springfield Terminal Railway Company in the above-captioned action.

Respectfully Submitted,

*[signature]*

Katherine E. Potter (BBO #651726)
Iron Horse Park
North Billerica MA 01862
Tel. 978-663-1029
*Counsel for Defendants*
*Maine Central Railroad Co.*
*Boston and Maine Corporation*
*Portland Terminal Railway Co.*
*Springfield Terminal Railway Co.*

Dated: January 13, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney of record for each other party by mail on January 13, 2004.

Respectfully Submitted,

Katherine E. Potter (BBO #651726)
Iron Horse Park
North Billerica MA 01862
Tel. 978-663-1028
*Counsel for Defendants*
*Maine Central Railroad Co.*
*Boston and Maine Corporation*
*Portland Terminal Railway Co.*
*Springfield Terminal Railway Co.*