COURT
OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JAN 13 P 5:15

| | |
|---|---|
| **FIRST UNION RAIL CORPORATION**<br>*Plaintiff,*<br><br>v.<br><br>**MAINE CENTRAL RAILROAD COMPANY,**<br><br>**BOSTON AND MAINE CORPORATION,**<br><br>**PORTLAND TERMINAL COMPANY**<br><br>*and*<br><br>**SPRINGFIELD TERMINAL RAILWAY COMPANY,**<br>*Defendants* | C.A. # 03-12374-DPW |

### Certification of Conference Between Counsel and Client

Pursuant to Local Rule 16.1(D)(3), the Defendants file the attached certification between counsel and an authorized representative affirming conference on a budget and the possibilities of alternative dispute resolution in this matter.

1

Respectfully Submitted,

_____
Robert B. Culliford (BBO #638468)
Iron Horse Park
North Billerica MA 01862
Tel. 978-663-1029
*Counsel for Defendants*
*Maine Central Railroad Co.*
*Boston and Maine Corporation*
*Portland Terminal Railway Co.*
*Springfield Terminal Railway Co.*

Dated: January 13, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney of record for each other party by mail on January 13, 2004.

Respectfully Submitted,

_____
Robert B. Culliford (BBO #638468)
Iron Horse Park
North Billerica MA 01862
Tel. 978-663-1029
*Counsel for Defendants*
*Maine Central Railroad Co.*
*Boston and Maine Corporation*
*Portland Terminal Railway Co.*
*Springfield Terminal Railway Co.*

## CERFICATE OF CONFERENCE

The persons undersigned below hereby certify the following:

1) We have conferred regarding the establishment of a budget in the matter of First Union v. Maine Central Rail Company, et al, Civil Action No. 03-12374-DPW.

2) We have conferred regarding the use of alternative dispute resolution to resolve the matter of First Union v. Maine Central Rail Company, et al, Civil Action No. 03-12374-DPW.

3) We are duly authorized to in our respective capacities to confer on the foregoing matters.


_____
Robert B. Culliford
*Counsel for Defendants*
*Maine Central Railroad Co.*
*Boston and Maine Corporation*
*Portland Terminal Railway Co.*
*Springfield Terminal Railway Co.*


_____
David A. Fink
*Executive Vice President*
*Maine Central Railroad Co.*
*Boston and Maine Corporation*
*Portland Terminal Railway Co.*
*Springfield Terminal Railway Co.*


Dated: January 13, 2004