```
                                    ....COURT
                                    ...OF MASS.
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    2004 JAN 13  P 5: 14
```

| | |
|---|---|
| **FIRST UNION RAIL** )<br>**CORPORATION** )<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>**MAINE CENTRAL RAILROAD** )<br>**COMPANY,** )<br>)<br>**BOSTON AND MAINE** )<br>**CORPORATION,** )<br>)<br>**PORTLAND TERMINAL** )<br>**COMPANY** )<br>)<br>*and* )<br>)<br>**SPRINGFIELD TERMINAL** )<br>**RAILWAY COMPANY,** )<br>*Defendants* ) | C.A. # 03-12374-DPW |

### Motion for Admission Pro Hac Vice

Pursuant to Local Rule 83.5.3, now come the Defendants, Maine Central Railroad Company, Boston and Maine Corporation, Portland Terminal Company and Springfield Terminal Railway Company, and respectfully ask this Court to grant leave for James F. Daily III be admitted pro hac vice to represent the Defendants in this matter.

James F. Daily III certifies that he is in compliance with Local Rule 83.5.3 (b).

Pursuant to Local Rule 7.1(A)(2), Defendants have conferred with the Plaintiff in this matter, and the Plaintiff does not object to this motion.

Respectfully Submitted,

_Katherine E. Potter_

Katherine E. Potter (BBO #651726)
Iron Horse Park
North Billerica MA 01862
Tel. 978-663-1029
*Counsel for Defendants*
*Maine Central Railroad Co.*
*Boston and Maine Corporation*
*Portland Terminal Railway Co.*
*Springfield Terminal Railway Co.*

Dated: January 13, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney of record for each other party by mail on January 13, 2004.

Respectfully Submitted,

_Katherine E. Potter_

Katherine E. Potter (BBO #651726)
Iron Horse Park
North Billerica MA 01862
Tel. 978-663-1029
*Counsel for Defendants*
*Maine Central Railroad Co.*
*Boston and Maine Corporation*
*Portland Terminal Railway Co.*
*Springfield Terminal Railway Co.*

## CERFICATE OF JAMES F. DAILY III

I hereby certify the following:

1) I am an attorney in good standing in the State of Connecticut and the Commonwealth of Massachusetts. I am not admitted to practice in any other state.

2) I am admitted to the bar of the highest court in the State of Connecticut and the Commonwealth of Massachusetts.

3) There are no disciplinary proceedings pending against me as a member of the bar in the State of Connecticut or the Commonwealth of Massachusetts.

4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5) I have applied for admission to the bar of the United States District Court for the District of Massachusetts.

_____
James F. Daily III
Connecticut BBO #419416
Massachusetts BBO #647720

Dated: January 13, 2004