UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST UNION RAIL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MAINE CENTRAL RAILROAD COMPANY,<br>BOSTON AND MAINE CORPORATION,<br>PORTLAND TERMINAL COMPANY, AND<br>SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>    Defendants. | FILED<br><br>2004 JAN 13 A 10: 47<br><br>U.S. DISTRICT COURT<br>CIVIL ACTION NO. MASS<br>03-12374-DPW |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned certify and affirm that they have conferred with a view to:

1. Establishing a budget for the costs of conducting the full course – and various alternative courses of – the litigation; and
2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,

_____
John D. Fitzpatrick, BBO# 550059
FITZPATRICK & WARRENBRAND LLP
One McKinley Square
Boston, MA 02109
(617) 720-2286

_____
For First Union Rail Corporation

Dated: 1/12/04

### Certificate of Service

I certify that on this date I served a true copy of the foregoing on Robert B. Culliford, Esq., Guilford Rail System, Law Department, Iron Horse Park, No. Billerica, MA 01862 by first class mail, postage prepaid.

Dated: 1/12/04

CHAR2\746189_1