UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST UNION RAIL CORPORATION<br>*Plaintiff,*<br><br>v.<br><br>MAINE CENTRAL RAILROAD COMPANY,<br><br>BOSTON AND MAINE CORPORATION,<br><br>PORTLAND TERMINAL COMPANY<br><br>and<br><br>SPRINGFIELD TERMINAL RAILWAY COMPANY,<br>*Defendants* | C.A. # 03-12374 DPW |

### Motion for Admission Pro Hac Vice

Pursuant to Local Rule 83.5.3, now come the Defendants, Maine Central Railroad Company, Boston and Maine Corporation, Portland Terminal Company and Springfield Terminal Railway Company, and respectfully ask this Court to grant leave for James F. Daily III be admitted pro hac vice to represent the Defendants in this matter.

James F. Daily III certifies that he is in compliance with Local Rule 83.5.3 (b).

Pursuant to Local Rule 7.1(A)(2), Defendants have conferred with the Plaintiff in this matter, and the Plaintiff does not object to this motion.

## CERFICATE OF JAMES F. DAILY III

I hereby certify the following:

1) I am an attorney in good standing in the State of Connecticut and the Commonwealth of Massachusetts. I am not admitted to practice in any other state.

2) I am admitted to the bar of the highest court in the State of Connecticut and the Commonwealth of Massachusetts.

3) There are no disciplinary proceedings pending against me as a member of the bar in the State of Connecticut or the Commonwealth of Massachusetts.

4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5) I have applied for admission to the bar of the United States District Court for the District of Massachusetts.

James F. Daily III
Connecticut BBO #419416
Massachusetts BBO #647720

Dated: January 15, 2004

**G**

**BOSTON & MAINE CORPORATION**
**MAINE CENTRAL RAILROAD COMPANY**
**SPRINGFIELD TERMINAL RAILWAY COMPANY**

IRON HORSE PARK
NO. BILLERICA, MASS. 01862

FILED
IN CLERKS OFFICE

**LAW DEPARTMENT**
**978-663-1028**
**Fax 978-663-1213**

DISTRICT COURT
DISTRICT OF MASS.

January 15, 2004

**VIA HAND DELIVERY**

United States District Court
Office of the Clerk
Suite 2300
One Courthouse Way
Boston, MA  02210

RE:   *First Union Rail Corporation v. Maine Central Railroad Company, et. al.*
       C.A.# 03 12374 DPW

Dear Sir/Madam:

Enclosed please find the following items in this matter:

1)   Motion to Appear Pro Hac Vice; and
2)   Filing Fee.

Please note that this motion was originally submitted on January 13, 2004, and was returned by the Court because it was not filed with the appropriate filing fee.

Please call with any questions.

Sincerely

Katherine E. Potter
Staff Attorney

enclosures
cc:   John D. Fitzpatrick, Esq.