# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### Civil Action No. 03-12374-DPW

|  |  |
|---|---|
| **FIRST UNION RAIL CORPORATION,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **MAINE CENTRAL RAILROAD** | ) |
| **COMPANY, BOSTON AND MAINE** | ) |
| **CORPORATION, PORTLAND** | ) |
| **TERMINAL RAILWAY COMPANY,** | ) |
| **and SPRINGFIELD TERMINAL** | ) |
| **RAILWAY COMPANY,** | ) |
|  | ) |
| **Defendants.** | ) |
|  | ) |

## FIRST AMENDED COMPLAINT

1.      This First Amended Complaint is brought for monies owed by the Defendants to the Plaintiff for Defendants' use of Plaintiff's railcars.  To date, Defendants have reported to Plaintiff First Union that no less than $302,783.01 is due.  This unpaid amount continues to increase on a monthly basis. Pursuant to Fed. R. Civ. P. 15(a), the Defendants have given their written consent to this amendment.

## PARTIES

2.      First Union Rail Corporation ("First Union") is a corporation organized and existing under the laws of the State of North Carolina, with a place of business in Chicago, Illinois.  First Union is in the business of leasing railcars for hire by others and is a Subscriber to the Interchange Rules of the Association of American Railroads (the "AAR Interchange Rules").

3.       Pursuant to tariff, First Union is the designated car hire receivables agent for the subject car hire payments in this action due and owed by the Defendants. In the past, Defendants routinely made those payments in accordance with the tariff and in care of First Union as evidenced by the checks attached hereto as Exhibit A. The Defendants have accordingly stipulated through counsel that First Union has standing to pursue the amounts claimed in this action.

4.       Defendant Maine Central Railroad Company ("Maine Central") is a duly organized and existing corporation with its place of business in North Billerica, Middlesex County, Massachusetts.  Defendant Maine Central is a Subscriber to the AAR Interchange Rules and the Code of Car Hire Rules ("Code").

5.       Defendant Boston and Maine Corporation ("Boston and Maine") is a duly organized and existing corporation with its principal place of business in North Billerica, Middlesex County, Massachusetts.  Defendant Boston and Maine is a Subscriber to the AAR Interchange Rules and the Code.

6.       Defendant Portland Terminal Railway Company ("Portland Terminal") is a duly organized and existing corporation with its place of business in North Billerica, Middlesex County, Massachusetts.  Defendant Portland Terminal is a Subscriber to the AAR Interchange Rules and the Code.

7.       Defendant Springfield Terminal Railway Company ("Defendant Springfield") is a duly organized and existing corporation with its principal place of business in North Billerica, Middlesex County, Massachusetts.

8.       Defendants are all component parts of the Springfield Terminal Rail System and each reports and pays its car hire and car mileage obligations under the Code

collectively through Defendant Springfield.  All of the Defendants are engaged in a common business enterprise under the business names of Springfield Terminal Rail System or ST Rail System.

9.    Defendants are obligated to compensate First Union for the use of First Union's railcars in accordance with the published car hire rates under the Code or otherwise.

10.    At all times after February 2000, Defendants have continuously used First Union's railcars in the operation of their business.

11.    Defendants reported to First Union the amounts due from Defendants for car hire and care mileage.  Specifically, Defendants have reported an amount equal to or exceeding $302,783.01 due for car hire owed to First Union at present.  (True and accurate examples of these written reports are attached hereto as Exhibit B.) This amount continues to increase on a monthly basis.

12.    Despite demand for same, Defendants have failed to make car hire and car mileage payments due and owing to First Union.

<u>**COUNT ONE**</u>

13.    First Union incorporates by reference the foregoing factual allegations.

14.    Defendants' failure to pay  constitutes a material breach of their obligations to First Union under the Code and Freight Tariff RIC 6007 (which also obligates the Defendants to pay the First Union for the amounts claimed herein).

15.    As a direct and proximate result of Defendants' material breach, First Union is entitled to recover damages against Defendants, jointly and severally, for all past due payments plus interest.

## COUNT TWO

16.     First Union incorporates by reference the foregoing factual allegations.

17.     With the reasonable expectation of receiving compensation thereafter, First Union conferred a benefit on Defendants, which Defendants knowingly accepted. Specifically, Defendants have used First Union's railcars in their business operations at all times from February 2000 to the present.  Defendants knowingly accepted and were aware they were obliged to pay for these benefits.

18.     Despite demand for same, Defendants have failed and refused to compensate First Union for their use of First Union's railcars as demanded by First Union.

19.     If Defendants are allowed to keep the benefit they received and continue to receive from First Union' railcars without having to pay for their use thereof, Defendants will be unjustly enriched at the expense and to the detriment of First Union.

20.     Accordingly, in addition to and as an alternative form of relief, First Union is entitled to recover from Defendants the reasonable value of the use of First Union's railcars.

## COUNT THREE

21.      First Union incorporates by reference the foregoing factual allegations.

22.     Pursuant to 49 U.S.C. §§ 10101 *et seq.* including 49 U.S.C. §§ 11704, Defendants are obligated to reasonably compensate First Union for their use of First Union's railcars by paying car hire and car mileage to First Union in accordance with the published rates.

23.    Despite demand for same, Defendants failed to pay First Union car hire and car mileage amounts reported by Defendants as due.

24.    Defendants' failure to pay car hire and car mileage is a violation of 49 U.S.C. §§10101 *et seq.* including 49 U.S.C. §§ 11704.

25.    As a direct and proximate result of Defendants' violation of 49 U.S.C. §§ 10101 *et seq.* including 49 U.S.C. §§ 11704, First Union has sustained damages in an amount equal to or exceeding $302,783.01 plus interest.   This amount continues to increase on a monthly basis.

26.    Accordingly, in addition to and as an alternative form of relief, First Union, pursuant to 49 U.S.C. § 10101 *et seq.* including 49 U.S.C. §§ 11704, is entitled to recover charges due and damages against Defendants, jointly and severally, for all past due payments of car hire plus interest.

## <u>COUNT FOUR</u>

27.     First Union incorporates by reference the foregoing factual allegations.

28.    First Union and Defendant Springfield entered into a written Lease Agreement dated May 28, 1999 under which Defendant Springfield agreed to lease seventy-five (75) railcars (the "Cars") from First Union (the "Lease").

29.    Pursuant to the Lease terms, Defendant Springfield is obligated to pay First Union all car hire revenue earned by the Cars as monthly rental for the Cars.

30.    Defendant Springfield has reported car hire revenue that is due to First Union as monthly rental payments under the Lease.

31.    To date and despite demand for same, Defendant Springfield has failed to pay the care hire revenue it has reported as monthly rental due to First Union.

32.    Defendant Springfield's failure to pay rent constitutes a material breach of the Lease.

33.    As a direct and proximate result of Defendant Springfield's material breach of the Lease, First Union is entitled to recover damages against Defendant Springfield for all unpaid rent under the Lease.

34.    The Lease also provides that Defendant Springfield will reimburse First Union for all costs and expenses, including reasonable attorneys' fees, expended by First Union in the enforcement of its rights and remedies thereunder.

**WHEREFORE**, First Union respectfully prays the Court that:

1.  First Union have and recover damages and interest against Defendants in an amount to be established, but reasonably expected to equal or exceed the amount of $302,783.01 which Defendants have reported as being due;

2.  In addition to and in the alternative, First Union have and recover the reasonable value of the use of its railcars;

3.  In addition to and in the alternative, First Union have and recover charges due and damages plus interest against Defendants pursuant to 49 U.S.C. §§ 10101 *et seq.*

4.  In addition to and in the alternative, First Union have and recover all unpaid rental under its Lease with Defendant Springfield, plus all costs and expenses incurred, including reasonable attorneys' fees.

5.  First Union recover the costs of this action, including reasonable attorneys' fees, as may be permitted by law and the Lease; and

6.  First Union be granted such other and further relief as the Court shall deem to be just and proper.

Respectfully Submitted,
FIRST UNION RAIL CORPORATION
By its attorneys,

/s/ John D. Fitzpatrick
John D. Fitzpatrick, BBO# 550059
FITZPATRICK & WARRENBRAND LLP
One McKinley Square
Boston, MA 02109
Tel.: (617) 720-2286
Email: jdfitzlaw@aol.com

Dated: March 4, 2004

# EXHIBIT A

704-339-5860

**SPRINGFIELD TERMINAL RAILWAY COMPANY**
IRON HORSE PARK, NO BILLERICA, MA 01862

| INVOICE NUMBER | INVOICE DATE | VOUCHER NUMBER | DATE: 09/15/2003 | NO. 276710 |
| --- | --- | --- | --- | --- |
| 0303-03-CAR HIRE | 09112003 | 30941101 | GROSS AMOUNT 79376.24 | DISCOUNT AMOUNT 0.00 | NET AMOUNT 79376.24 |

*LNE*

03/03 Car Hire 24,598.73
04/03 Car Hire 29,701.10
05/03 Car Hire 25,076.4

| VENDOR 103602 | DISB NO: 1 | **TOTALS** | 79376.24 | 0.00 | 79376.24 |

---

**G** SPRINGFIELD TERMINAL RAILWAY COMPANY
IRON HORSE PARK
NO. BILLERICA, MA 01862

5-20
110

CHECK NUMBER    276710
CHECK DATE    09/15/2003

PAY SEVENTY-NINE THOUSAND THREE HUNDRED SEVENTY-SIX DOLLARS
AND 24 CENTS
TO THE
ORDER OF    NORTHWESTERN OKLAHOMA RAILROAD
C/O FIRST UNION RAIL
P.O. BOX 60134

**AMOUNT**
******$79,376.24

CHARLOTTE         NC 28260-0134

FLEET BANK BOSTON MA 02211    VENDOR 103602    DISB NO.    1

MP

⑊"002767⑊0⑊" ⑊:011000206⑊: 05002 ⑊1593⑊"

"See Reverse Side For Easy Opening Instructions"

**G** GUILFORD RAIL SYSTEM
IRON HORSE PARK
NO BILLERICA, MA 01862

NORTHWESTERN OKLAHOMA RAILROAD
C/O FIRST UNION RAIL
P.O. BOX 60134

CHARLOTTE        NC 28260-0134

UMP



FIRST
UNION

IRST UNION
IRST UNION RAIL CAR
PAY
ockbox:   0060134
ate:   12/27/01   361
atch: 058  Item: 025
od: 09

ST

nt: $    39.92

ELCOME TO FIRST UNION NATIONAL BANK OF NORTH CAROLINA
JTOMATED WHOLESALE LOCKBOX SYSTEM    S101

**G**  SPRINGFIELD TERMINAL RAILWAY COMPANY  5-20
     IRON HORSE PARK  110
     NO. BILLERICA, MA 01862

CHECK NUMBER        257816
CHECK DATE      11/30/2001

PAY   THIRTY-NINE DOLLARS AND 92 CENTS
TO THE
ORDER OF    UPPER MERION & PLYMOUTH RR
            C/O FIRST UNION RAIL
            P.O. BOX 60134
            CHARLOTTE         NC 28260-0134
FLEET BANK BOSTON MA 02211     VENDOR     DISB NO.
                  104903         29

AMOUNT
**********$39.92

VOID AFTER 90 DAYS

⑆002578161⑆ ⑆011000206⑆ 05002 11593⑈

Amount: $        39.92

SPRINGFIELD TERMINAL RAILWAY COMPANY
IRON HORSE PARK, NO BILLERICA, MA 01862         DATE    11/30/2001 NO.    257816

| INVOICE NUMBER | INVOICE DATE | VOUCHER NUMBER | GROSS AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 9/2001 CAR HIRE | 11/27/01 | 11143355 | 39.92 | 0.00 | 39.92 |
| | | | | 415711076 04 | |
| VENDOR 104903    DISB NO: 29 | | **TOTALS** | 39.92 | 0.00 | 39.92 |

CBRY

**FIRST**
UNION

FIRST UNION
FIRST UNION RAIL CAR
ODA: 2000000957397
Lockbox:   0060134
Date:  12/27/01  361
Batch:  058   Item:  026
Mod:  09

| | |
|---|---|
| G | SPRINGFIELD TERMINAL RAILWAY COMPANY |
| | IRON HORSE PARK |
| | NO. BILLERICA, MA 01862 |

5-20
110

CHECK NUMBER        257940
CHECK DATE        11/30/2001

PAY   FIVE HUNDRED FIFTY-SIX DOLLARS AND 32 CENTS

TO THE
ORDER OF      COPPER BASIN RAILWAY INC
            C/O FIRST UNION RAIL
            P.O. BOX 60134

            CHARLOTTE          NC 28260-0134
FLEET BANK BOSTON MA 02211     VENDOR
            101148          DISB NO.  153

AMOUNT
*********$556.32

L.H. Ryan

VOID AFTER 90 DAYS

⑇00257940⑇ ⑆011000206⑆ 05002 11593⑇

Amt:  $    556.32

WELCOME TO FIRST UNION NATIONAL BANK OF NORTH CAROLINA
AUTOMATED WHOLESALE LOCKBOX SYSTEM    S101

Amount: $        556.32

SPRINGFIELD TERMINAL RAILWAY COMPANY
IRON HORSE PARK, NO. BILLERICA, MA 01862      DATE:      11/30/2001 NO.      257940

| INVOICE NUMBER | INVOICE DATE | VOUCHER NUMBER | GROSS AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 9/2001 CAR HIRE | 11/27/01 | 11143261 | 556.32 | 0.00 | 556.32 |
| | | | | 45711670 08 | |

| VENDOR  101148 | DISB NO.  153 | TOTALS | 556.32 | 0.00 | 556.32 |

AERC

**FIRST UNION**

FIRST UNION
FIRST UNION RAIL CAR
DDA:     2000000957397
Lockbox:    0060134
Date:    10/07/02  280
Batch:  330   Item:  017
Mod:    09

ST

Amt:  $   163.15

WELCOME TO FIRST UNION NATIONAL BANK OF NORTH CAROLINA
AUTOMATED WHOLESALE LOCKBOX SYSTEM    S102

| | |
|---|---|
| **SPRINGFIELD TERMINAL RAILWAY COMPANY**<br>IRON HORSE PARK<br>NO. BILLERICA, MA 01862 | 5-20<br>110 |

CHECK NUMBER        266828
CHECK DATE    08/27/2002

PAY  ONE HUNDRED SIXTY-THREE DOLLARS AND 15 CENTS
TO THE
ORDER OF    ALBANY & EASTERN RR
            C/O FIRST UNION RAIL
            6250 RIVER ROAD SUITE 5000
            ROSEMONT        IL 60018

AMOUNT
*********$163.15

FIRST BANK BOSTON MA 02211    VENDOR   109683    DISB NO.   37

⑈002668 28⑈ ⑈0110002061⑈ 05002 11593⑈

**Amount: $        163.15**

| | | | | | | |
|---|---|---|---|---|---|---|
| **SPRINGFIELD TERMINAL RAILWAY COMPANY**<br>**IRON HORSE PARK, NO BILLERICA, MA 01862** | | | DATE: 08/27/2002 | | NO. | 266828 |
| INVOICE NUMBER | INVOICE DATE | VOUCHER NUMBER | GROSS AMOUNT | DISCOUNT AMOUNT | | NET AMOUNT |
| 06/2002 CAR HIRE | 08/26/02 | 20841511 | 163.15 | 0.00 | | 163.15 |
| VENDOR 109683 | DISB NO: 37 | **TOTALS** | 163.15 | 0.00 | | 163.15 |



**FIRST UNION**

FIRST UNION
FIRST UNION RAIL CAR
DA:  2000000957397
ckbox:  0060134
te:  12/24/01  358
atch:  055  Item:  014
od:  09

| | |
|---|---|
| **G** SPRINGFIELD TERMINAL RAILWAY COMPANY | 5-20 |
| IRON HORSE PARK | 110 |
| NO. BILLERICA, MA 01862 | |

CHECK NUMBER        257921
CHECK DATE       11/30/2001

PAY  FOUR HUNDRED TWENTY-TWO DOLLARS AND 94 CENTS
TO THE
ORDER OF   FORDYCE & PRINCETON RR COMPANY
           C/O FIRST UNION RAIL
           P.O. BOX 60134

           CHARLOTTE         NC 28260-0134
FIRST BANK BOSTON MA 02211    VENDOR        DISB NO.
           101794           134

AMOUNT
*********$422.94

VOID AFTER 90 DAYS

⑈"002 57 9 2 1⑈"  ⑆:0 1 1000 206⑈:  0 5002  11593⑈"

nt:  $   422.94

ELCOME TO FIRST UNION NATIONAL BANK OF NORTH CAROLINA
UTOMATED WHOLESALE LOCKBOX SYSTEM    S102

Amount: $      422.94

| SPRINGFIELD TERMINAL RAILWAY COMPANY | | | DATE: | 11/30/2001 | NO. | 257921 | |
|---|---|---|---|---|---|---|---|
| IRON HORSE PARK, NO BILLERICA, MA 01862 | | | | | | | |
| INVOICE NUMBER | INVOICE DATE | VOUCHER NUMBER | GROSS AMOUNT | DISCOUNT AMOUNT | | NET AMOUNT | |
| 9/2001 CAR HIRE | 11/27/01 | 11143282 | 422.94 | 0.00 | | 422.94 | |
| VENDOR 101794 | DISB NO: 134 | | TOTALS | 422.94 | | 0.00 | 422.94 |

STMA



IRST UNION
IRST UNION RAIL CAR
DA:    2000000957397
ockbox:    0060134
ate:    12/27/01    361
atch:    058    Item:    024
od:    09

ST

mt:   $     762.31

/ELCOME TO FIRST UNION NATIONAL BANK OF NORTH CAROLINA
UTOMATED WHOLESALE LOCKBOX SYSTEM     S101

**SPRINGFIELD TERMINAL RAILWAY COMPANY**
IRON HORSE PARK
NO. BILLERICA, MA 01862

5-20
110

CHECK NUMBER        257964
CHECK DATE          11/30/2001

PAY   SEVEN HUNDRED SIXTY-TWO DOLLARS AND 31 CENTS

TO THE
ORDER OF    ST MARIES RIVER RAILROAD COMP
            C/O FIRST UNION RAIL
            P.O. BOX 60134

            CHARLOTTE          NC 28260-0134
FLEET BANK BOSTON MA 02711   VENDOR
                            104508        DISB NO.   177

AMOUNT
*********$762.31

VOID AFTER 90 DAYS

⑈⑈002 57964⑈⑈ ⑈0 ⑈ ⑈000 206⑈⑈ 05002 ⑈⑈593⑈⑈

Amount: $        762.31

SPRINGFIELD TERMINAL RAILWAY COMPANY
IRON HORSE PARK, NO BILLERICA, MA 01862

DATE:  11/30/2001 NO.   257964

| INVOICE NUMBER | INVOICE DATE | VOUCHER NUMBER | GROSS AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 9/2001 CAR HIRE | 11/27/01 | 11143339 | 762.31 | 0.00 | 762.31 |

| VENDOR   104508 | DISB NO:   177 | TOTALS | 762.31 | 0.00 | 762.31 |

*WgR / WuR*



**FIRST UNION**

FIRST UNION
FIRST UNION RAIL CAR
DDA:  2000000957397
Lockbox:  0060134
Date:  07/03/00  185
Batch:  523  Item:  016
Mod:  09

*ST*

mt:  $    252.04

G    SPRINGFIELD TERMINAL RAILWAY COMPANY    5-20
         IRON HORSE PARK    110
         NO. BILLERICA, MA 01862

CHECK NUMBER    239557
CHECK DATE    06/27/2000

PAY  TWO HUNDRED FIFTY-TWO DOLLARS AND 04 CENTS
TO THE
ORDER OF    WILLAMINA & GRAND RONDE RWY CO
                     C/O FIRST UNION RAIL
                     P.O. BOX 60134
                     CHARLOTTE    NC 28260-0134

********$252.04

*16*

FIRST BANK BOSTON MA 00211    VENDOR    105146    DISB NO.    109

VOID AFTER 90 DAYS

⑂00239557⑂ ⑊011000206⑊ 05002 11593⑂

WELCOME TO FIRST UNION NATIONAL BANK OF NORTH CAROLINA
AUTOMATED WHOLESALE LOCKBOX SYSTEM    S102

Amount: $        252.04

**SPRINGFIELD TERMINAL RAILWAY COMPANY**
IRON HORSE PARK, NO BILLERICA, MA 01862    DATE:    06/27/2000 NO.    239557

| INVOICE NUMBER | INVOICE DATE | VOUCHER NUMBER | GROSS AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 04/00 CAR HIRE | 06/27/00 | 00642646 | 252.04 | 0.00 | 252.04 |

*ST    4157 110 70/08*

| VENDOR 105146 | DISB NO: 109 | **TOTALS** | 252.04 | 0.00 | 252.04 |

# EXHIBIT B

Springfield Terminal Railway

SUMMARY OF AMOUNTS DUE FOR CAR HIRE OF
FREIGHT CARS, TRAILERS AND RELATED COSTS

Equipment of:
RUSX FIRST UNION RAIL                    (          )

Month of:
NOV 2003

| ITEM NAME | ACCOUNT TYPE | DESC | (A) PAYMENT | (B) DEDUCTION | (A - B) NET |
|-----------|------|------|---------|-----------|-----|
| CAR HIRE RULES 1/11 - 1T/11T | 010 | | | | |
| CURRENT MONTH | | 01 | 821.29 | | 821.29 |
| FIRST MONTH ADJUSTMENT | | 02 | | 4.26 | 4.26- |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| REGISTRATION ADJUSTMENT | | 06 | | | |
| PENALTY | | 01,02,03,06 | | | |
| APPURTENANCE | 010 | | | | |
| CURRENT MONTH | | 01 | | | |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| PENALTY | | 01,02,03 | | | |
| INTERMODAL | 020 | | | | |
| CURRENT MONTH | | 01 | | | |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| PENALTY | | 01,02,03 | | | |
| CAR HIRE OTHER | | | | | |
| CAR HIRE MISCELLANEOUS | 024 | ANY | | | |
| RULE 4 | 040 | 07,08,09 | | | |
| RULE 5 | 050-055 | 07,08,09 | | | |
| RULE 7 | 070 | 07,08,09 | | | |
| RULE 8 | 080 | 07,08,09 | | | |
| RULE 15 | 150-151 | 07,08,09 | | | |
| RULE 16 | 160 | 07,08,09 | | | |
| RULE 21 LOADING CHARGE | 210-215 | 01,02,03 | | | |
| RULE 22 | 221-225 | 07,08,09 | | | |
| RULE 23 | 230 | 07,08,09 | | | |
| MISCELLANEOUS | | | | | |
| SPECIAL | 400 | 07,08,09 | | | |
| BILATERAL | 425 | 07,08,09 | | | |
| CONTRACTS | 450 | 07,08,09 | | | |
| RESERVED | 500-550 | 07,08 | | | |
| TRAILER RELIEF | 600 | 07,08,09 | | | |
| NON CAR HIRE - OTHER | | | | | |
| CSR - 5 | 800 | XXXXXXXX | | | |
| SPECIAL USE CHARGE | 810 | XXXXXXXX | | | |
| ORIGIN DETENTION | 820 | XXXXXXXX | | | |
| DESTINATION DETENTION | 825 | XXXXXXXX | | | |
| OT - 5 | 850 | 07,08,09 | | | |
| TAX | 860 | | | | |
| GRAND TOTALS | XXX | XXXXXXXX | 821.29 | 4.26 | 817.03 |

RECEIVED

JAN 08 2004

SUMMARY OF AMOUNTS DUE FOR CAR HIRE OF
FREIGHT CARS, TRAILERS AND RELATED COSTS

Equipment of:                                                    Month of:
NOKL NORTHWESTERN OKLAHOMA RR *FUR*  (      591)                 NOV  2003

| ITEM NAME | ACCOUNT TYPE | DESC | (A) PAYMENT | (B) DEDUCTION | (A - B) NET |
|---|---|---|---|---|---|
| CAR HIRE RULES 1/11 - 1T/11T | 010 | | | | |
| CURRENT MONTH | | 01 | 25308.99 | | 25308.99 |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | 279.11 | | 279.11 |
| REGISTRATION ADJUSTMENT | | 06 | | | |
| PENALTY | | 01,02,03,06 | 41.86 | | 41.86 |
| APPURTENANCE | 010 | | | | |
| CURRENT MONTH | | 01 | | | |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| PENALTY | | 01,02,03 | | | |
| INTERMODAL | 020 | | | | |
| CURRENT MONTH | | 01 | | | |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| PENALTY | | 01,02,03 | | | |
| CAR HIRE OTHER | | | | | |
| CAR HIRE MISCELLANEOUS | 024 | ANY | | | |
| RULE 4 | 040 | 07,08,09 | | | |
| RULE 5 | 050-055 | 07,08,09 | | | |
| RULE 7 | 070 | 07,08,09 | | | |
| RULE 8 | 080 | 07,08,09 | | | |
| RULE 15 | 150-151 | 07,08,09 | | | |
| RULE 16 | 160 | 07,08,09 | | | |
| RULE 21 LOADING CHARGE | 210-215 | 01,02,03 | | | |
| RULE 22 | 221-225 | 07,08,09 | | | |
| RULE 23 | 230 | 07,08,09 | | | |
| MISCELLANEOUS | | | | | |
| SPECIAL | 400 | 07,08,09 | | | |
| BILATERAL | 425 | 07,08,09 | | | |
| CONTRACTS | 450 | 07,08,09 | | | |
| RESERVED | 500-550 | 07,08 | | | |
| TRAILER RELIEF | 600 | 07,08,09 | | | |
| NON CAR HIRE - OTHER | | | | | |
| CSR - 5 | 800 | XXXXXXXX | | | |
| SPECIAL USE CHARGE | 810 | XXXXXXXX | | | |
| ORIGIN DETENTION | 820 | XXXXXXXX | | | |
| DESTINATION DETENTION | 825 | XXXXXXXX | | | |
| OT - 5 | 850 | 07,08,09 | | | |
| TAX | 860 | | | | |
| GRAND TOTALS | XXX | XXXXXXXX | 25629.96 | | 25629.96 |

JAN 1 2 2004

Springfield Terminal Railway

## SUMMARY OF AMOUNTS DUE FOR CAR HIRE OF
## FREIGHT CARS, TRAILERS AND RELATED COSTS

Equipment of:
UMP  UPPER MERION & PLYM. RR *FUR*  (     808)

Month of:
JUL  2000

| ITEM NAME | ACCOUNT TYPE | DESC | (A) PAYMENT | (B) DEDUCTION | (A - B) NET |
|---|---|---|---|---|---|
| CAR HIRE RULES 1/11 - 1T/11T | 010 | | | | |
| CURRENT MONTH | | 01 | 1665.44 | | 1665.44 |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| REGISTRATION ADJUSTMENT | | 06 | | | |
| PENALTY | | 01,02,03,06 | | | |
| APPURTENANCE | 010 | | | | |
| CURRENT MONTH | | 01 | | | |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| PENALTY | | 01,02,03 | | | |
| INTERMODAL | 020 | | | | |
| CURRENT MONTH | | 01 | | | |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| PENALTY | | 01,02,03 | | | |
| | | | | | |
| CAR HIRE OTHER | | | | | |
| CAR HIRE MISCELLANEOUS | 024 | ANY | | | |
| RULE 4 | 040 | 07,08,09 | | | |
| RULE 5 | 050-055 | 07,08,09 | | | |
| RULE 7 | 070 | 07,08,09 | | | |
| RULE 8 | 080 | 07,08,09 | | | |
| RULE 15 | 150-151 | 07,08,09 | | | |
| RULE 16 | 160 | 07,08,09 | | | |
| RULE 21 LOADING CHARGE | 210-215 | 01,02,03 | | | |
| RULE 22 | 221-225 | 07,08,09 | | | |
| RULE 23 | 230 | 07,08,09 | | | |
| | | | | | |
| MISCELLANEOUS | | | | | |
| SPECIAL | 400 | 07,08,09 | | | |
| BILATERAL | 425 | 07,08,09 | | | |
| CONTRACTS | 450 | 07,08,09 | | | |
| RESERVED | 500-550 | 07,08 | | | |
| TRAILER RELIEF | 600 | 07,08,09 | | | |
| | | | | | |
| NON CAR HIRE - OTHER | | | | | |
| CSR - 5 | 800 | XXXXXXXX | | | |
| SPECIAL USE CHARGE | 810 | XXXXXXXX | | | |
| ORIGIN DETENTION | 820 | XXXXXXXX | | | |
| DESTINATION DETENTION | 825 | XXXXXXXX | | | |
| OT - 5 | 850 | 07,08,09 | | | |
| TAX | 860 | | | | |
| | | | | | |
| GRAND TOTALS | XXX | XXXXXXXX | 1665.44 | | 1665.44 |

SUMMARY OF AMOUNTS DUE FOR CAR HIRE OF
FREIGHT CARS, TRAILERS AND RELATED COSTS

Equipment of:                                                           Month of:
CBRY COPPER BASIN RAILWAY INC. *FUR* (     909)                         NOV  2003

| ITEM NAME | ACCOUNT TYPE | DESC | (A) PAYMENT | (B) DEDUCTION | (A - B) NET |
|---|---|---|---|---|---|
| CAR HIRE RULES 1/11 - 1T/11T | 010 | | | | |
| CURRENT MONTH | | 01 | 1729.99 | | 1729.99 |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| REGISTRATION ADJUSTMENT | | 06 | | | |
| PENALTY | | 01,02,03,06 | | | |
| APPURTENANCE | 010 | | | | |
| CURRENT MONTH | | 01 | | | |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| PENALTY | | 01,02,03 | | | |
| INTERMODAL | 020 | | | | |
| CURRENT MONTH | | 01 | | | |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| PENALTY | | 01,02,03 | | | |
| CAR HIRE OTHER | | | | | |
| CAR HIRE MISCELLANEOUS | 024 | ANY | | | |
| RULE 4 | 040 | 07,08,09 | | | |
| RULE 5 | 050-055 | 07,08,09 | | | |
| RULE 7 | 070 | 07,08,09 | | | |
| RULE 8 | 080 | 07,08,09 | | | |
| RULE 15 | 150-151 | 07,08,09 | | | |
| RULE 16 | 160 | 07,08,09 | | | |
| RULE 21 LOADING CHARGE | 210-215 | 01,02,03 | | | |
| RULE 22 | 221-225 | 07,08,09 | | | |
| RULE 23 | 230 | 07,08,09 | | | |
| MISCELLANEOUS | | | | | |
| SPECIAL | 400 | 07,08,09 | | | |
| BILATERAL | 425 | 07,08,09 | | | |
| CONTRACTS | 450 | 07,08,09 | | | |
| RESERVED | 500-550 | 07,08 | | | |
| TRAILER RELIEF | 600 | 07,08,09 | | | |
| NON CAR HIRE - OTHER | | | | | |
| CSR - 5 | 800 | XXXXXXXX | | | |
| SPECIAL USE CHARGE | 810 | XXXXXXXX | | | |
| ORIGIN DETENTION | 820 | XXXXXXXX | | | |
| DESTINATION DETENTION | 825 | XXXXXXXX | | | |
| OT - 5 | 850 | 07,08,09 | | | |
| TAX | 860 | | | | |
| GRAND TOTALS | XXX | XXXXXXXX | 1729.99 | | 1729.99 |

JAN 12 2004

SUMMARY OF AMOUNTS DUE FOR CAR HIRE OF
FREIGHT CARS, TRAILERS AND RELATED COSTS

Equipment of:
CSCD CASCADE & COLUMBIA RIVER RR CO. (          )

Month of:
AUG  2003

| ITEM NAME | ACCOUNT TYPE | DESC | (A) PAYMENT | (B) DEDUCTION | (A - B) NET |
|---|---|---|---|---|---|
| CAR HIRE RULES 1/11 - 1T/11T | 010 | | | | |
| CURRENT MONTH | | 01 | 104.80 | | 104.80 |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| REGISTRATION ADJUSTMENT | | 06 | | | |
| PENALTY | | 01,02,03,06 | | | |
| APPURTENANCE | 010 | | | | |
| CURRENT MONTH | | 01 | | | |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| PENALTY | | 01,02,03 | | | |
| INTERMODAL | 020 | | | | |
| CURRENT MONTH | | 01 | | | |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| PENALTY | | 01,02,03 | | | |
| CAR HIRE OTHER | | | | | |
| CAR HIRE MISCELLANEOUS | 024 | ANY | | | |
| RULE 4 | 040 | 07,08,09 | | | |
| RULE 5 | 050-055 | 07,08,09 | | | |
| RULE 7 | 070 | 07,08,09 | | | |
| RULE 8 | 080 | 07,08,09 | | | |
| RULE 15 | 150-151 | 07,08,09 | | | |
| RULE 16 | 160 | 07,08,09 | | | |
| RULE 21 LOADING CHARGE | 210-215 | 01,02,03 | | | |
| RULE 22 | 221-225 | 07,08,09 | | | |
| RULE 23 | 230 | 07,08,09 | | | |
| MISCELLANEOUS | | | | | |
| SPECIAL | 400 | 07,08,09 | | | |
| BILATERAL | 425 | 07,08,09 | | | |
| CONTRACTS | 450 | 07,08,09 | | | |
| RESERVED | 500-550 | 07,08 | | | |
| TRAILER RELIEF | 600 | 07,08,09 | | | |
| NON CAR HIRE - OTHER | | | | | |
| CSR - 5 | 800 | XXXXXXXX | | | |
| SPECIAL USE CHARGE | 810 | XXXXXXXX | | | |
| ORIGIN DETENTION | 820 | XXXXXXXX | | | |
| DESTINATION DETENTION | 825 | XXXXXXXX | | | |
| OT - 5 | 850 | 07,08,09 | | | |
| TAX | 860 | | | | |
| GRAND TOTALS | XXX | XXXXXXXX | 104.80 | | 104.80 |

RECEIVED

OCT 1 1 2003

First Union Rail
Car Accounting

SUMMARY OF AMOUNTS DUE FOR CAR HIRE OF
FREIGHT CARS, TRAILERS AND RELATED COSTS

Equipment of:
AERC ALBANY & EASTERN RR *FUR*     (      )        Month of:
                                                          DEC  2002

| ITEM NAME | ACCOUNT TYPE | DESC | (A) PAYMENT | (B) DEDUCTION | (A - B) NET |
|---|---|---|---|---|---|
| CAR HIRE RULES 1/11 - 1T/11T | 010 | | | | |
|   CURRENT MONTH | | 01 | 248.82 | | 248.82 |
|   FIRST MONTH ADJUSTMENT | | 02 | | | |
|   PRIOR MONTH ADJUSTMENT | | 03 | | | |
|   REGISTRATION ADJUSTMENT | | 06 | | | |
|   PENALTY | | 01,02,03,06 | | | |
| APPURTENANCE | 010 | | | | |
|   CURRENT MONTH | | 01 | | | |
|   FIRST MONTH ADJUSTMENT | | 02 | | | |
|   PRIOR MONTH ADJUSTMENT | | 03 | | | |
|   PENALTY | | 01,02,03 | | | |
| INTERMODAL | 020 | | | | |
|   CURRENT MONTH | | 01 | | | |
|   FIRST MONTH ADJUSTMENT | | 02 | | | |
|   PRIOR MONTH ADJUSTMENT | | 03 | | | |
|   PENALTY | | 01,02,03 | | | |
| CAR HIRE OTHER | | | | | |
|   CAR HIRE MISCELLANEOUS | 024 | ANY | | | |
|   RULE 4 | 040 | 07,08,09 | | | |
|   RULE 5 | 050-055 | 07,08,09 | | | |
|   RULE 7 | 070 | 07,08,09 | | | |
|   RULE 8 | 080 | 07,08,09 | | | |
|   RULE 15 | 150-151 | 07,08,09 | | | |
|   RULE 16 | 160 | 07,08,09 | | | |
|   RULE 21 LOADING CHARGE | 210-215 | 01,02,03 | | | |
|   RULE 22 | 221-225 | 07,08,09 | | | |
|   RULE 23 | 230 | 07,08,09 | | | |
| MISCELLANEOUS | | | | | |
|   SPECIAL | 400 | 07,08,09 | | | |
|   BILATERAL | 425 | 07,08,09 | | | |
|   CONTRACTS | 450 | 07,08,09 | | | |
|   RESERVED | 500-550 | 07,08 | | | |
|   TRAILER RELIEF | 600 | 07,08,09 | | | |
| NON CAR HIRE - OTHER | | | | | |
|   CSR - 5 | 800 | XXXXXXXX | | | |
|   SPECIAL USE CHARGE | 810 | XXXXXXXX | | | |
|   ORIGIN DETENTION | 820 | XXXXXXXX | | | |
|   DESTINATION DETENTION | 825 | XXXXXXXX | | | |
|   OT - 5 | 850 | 07,08,09 | | | |
|   TAX | 860 | | | | |
| GRAND TOTALS | XXX | XXXXXXXX | 248.82 | | 248.82 |

SUMMARY OF AMOUNTS DUE FOR CAR HIRE OF
FREIGHT CARS, TRAILERS AND RELATED COSTS

Equipment of:                                                              Month of:
FP  FORDYCE & PRINCETON RR *FUR*    (     265)                             NOV 2003

| ITEM NAME | ACCOUNT TYPE | DESC | (A) PAYMENT | (B) DEDUCTION | (A - B) NET |
|-----------|--------------|------|-------------|---------------|-------------|
| CAR HIRE RULES 1/11 - 1T/11T | 010 | | | | |
|   CURRENT MONTH | | 01 | 335.01 | | 335.01 |
|   FIRST MONTH ADJUSTMENT | | 02 | | | |
|   PRIOR MONTH ADJUSTMENT | | 03 | | | |
|   REGISTRATION ADJUSTMENT | | 06 | | | |
|   PENALTY | | 01,02,03,06 | | | |
| APPURTENANCE | 010 | | | | |
|   CURRENT MONTH | | 01 | | | |
|   FIRST MONTH ADJUSTMENT | | 02 | | | |
|   PRIOR MONTH ADJUSTMENT | | 03 | | | |
|   PENALTY | | 01,02,03 | | | |
| INTERMODAL | 020 | | | | |
|   CURRENT MONTH | | 01 | | | |
|   FIRST MONTH ADJUSTMENT | | 02 | | | |
|   PRIOR MONTH ADJUSTMENT | | 03 | | | |
|   PENALTY | | 01,02,03 | | | |
| CAR HIRE OTHER | | | | | |
|   CAR HIRE MISCELLANEOUS | 024 | ANY | | | |
|   RULE 4 | 040 | 07,08,09 | | | |
|   RULE 5 | 050-055 | 07,08,09 | | | |
|   RULE 7 | 070 | 07,08,09 | | | |
|   RULE 8 | 080 | 07,08,09 | | | |
|   RULE 15 | 150-151 | 07,08,09 | | | |
|   RULE 16 | 160 | 07,08,09 | | | |
|   RULE 21 LOADING CHARGE | 210-215 | 01,02,03 | | | |
|   RULE 22 | 221-225 | 07,08,09 | | | |
|   RULE 23 | 230 | 07,08,09 | | | |
| MISCELLANEOUS | | | | | |
|   SPECIAL | 400 | 07,08,09 | | | |
|   BILATERAL | 425 | 07,08,09 | | | |
|   CONTRACTS | 450 | 07,08,09 | | | |
|   RESERVED | 500-550 | 07,08 | | | |
|   TRAILER RELIEF | 600 | 07,08,09 | | | |
| NON CAR HIRE - OTHER | | | | | |
|   CSR - 5 | 800 | XXXXXXXX | | | |
|   SPECIAL USE CHARGE | 810 | XXXXXXXX | | | |
|   ORIGIN DETENTION | 820 | XXXXXXXX | | | |
|   DESTINATION DETENTION | 825 | XXXXXXXX | | | |
|   OT - 5 | 850 | 07,08,09 | | | |
|   TAX | 860 | | | | |
| GRAND TOTALS | XXX | XXXXXXXX | 335.01 | | 335.01 |

JAN 12 2004

SUMMARY OF AMOUNTS DUE FOR CAR HIRE OF
FREIGHT CARS, TRAILERS AND RELATED COSTS

Equipment of:                                                      Month of:
STMA ST. MARIES RIVER RR CO. *FUR*   (    698)                     NOV  2003

| ITEM NAME | ACCOUNT | | (A) | (B) | (A - B) |
| | TYPE | DESC | PAYMENT | DEDUCTION | NET |
|---|---|---|---|---|---|
| CAR HIRE RULES 1/11 - 1T/11T | 010 | | | | |
|   CURRENT MONTH | | 01 | 1024.12 | | 1024.12 |
|   FIRST MONTH ADJUSTMENT | | 02 | | | |
|   PRIOR MONTH ADJUSTMENT | | 03 | 159.95 | | 159.95 |
|   REGISTRATION ADJUSTMENT | | 06 | | | |
|   PENALTY | | 01,02,03,06 | 23.99 | | 23.99 |
| APPURTENANCE | 010 | | | | |
|   CURRENT MONTH | | 01 | | | |
|   FIRST MONTH ADJUSTMENT | | 02 | | | |
|   PRIOR MONTH ADJUSTMENT | | 03 | | | |
|   PENALTY | | 01,02,03 | | | |
| INTERMODAL | 020 | | | | |
|   CURRENT MONTH | | 01 | | | |
|   FIRST MONTH ADJUSTMENT | | 02 | | | |
|   PRIOR MONTH ADJUSTMENT | | 03 | | | |
|   PENALTY | | 01,02,03 | | | |
| CAR HIRE OTHER | | | | | |
|   CAR HIRE MISCELLANEOUS | 024 | ANY | | | |
|   RULE 4 | 040 | 07,08,09 | | | |
|   RULE 5 | 050-055 | 07,08,09 | | | |
|   RULE 7 | 070 | 07,08,09 | | | |
|   RULE 8 | 080 | 07,08,09 | | | |
|   RULE 15 | 150-151 | 07,08,09 | | | |
|   RULE 16 | 160 | 07,08,09 | | | |
|   RULE 21 LOADING CHARGE | 210-215 | 01,02,03 | | | |
|   RULE 22 | 221-225 | 07,08,09 | | | |
|   RULE 23 | 230 | 07,08,09 | | | |
| MISCELLANEOUS | | | | | |
|   SPECIAL | 400 | 07,08,09 | | | |
|   BILATERAL | 425 | 07,08,09 | | | |
|   CONTRACTS | 450 | 07,08,09 | | | |
|   RESERVED | 500-550 | 07,08 | | | |
|   TRAILER RELIEF | 600 | 07,08,09 | | | |
| NON CAR HIRE - OTHER | | | | | |
|   CSR - 5 | 800 | XXXXXXXX | | | |
|   SPECIAL USE CHARGE | 810 | XXXXXXXX | | | |
|   ORIGIN DETENTION | 820 | XXXXXXXX | | | |
|   DESTINATION DETENTION | 825 | XXXXXXXX | | | |
|   OT - 5 | 850 | 07,08,09 | | | |
|   TAX | 860 | | | | |
| GRAND TOTALS | XXX | XXXXXXXX | 1208.06 | | 1208.06 |

RECEIVED

JAN 12 2004

## SUMMARY OF AMOUNTS DUE FOR CAR HIRE OF
## FREIGHT CARS, TRAILERS AND RELATED COSTS

Equipment of:
WGR   WILLIAMETTE VALLEY RWY. CO.     (     831)

Month of:
NOV   2003

| ITEM NAME | ACCOUNT TYPE | DESC | (A) PAYMENT | (B) DEDUCTION | (A - B) NET |
|---|---|---|---|---|---|
| **CAR HIRE RULES 1/11 - 1T/11T** | 010 | | | | |
| CURRENT MONTH | | 01 | 29.72 | | 29.72 |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| REGISTRATION ADJUSTMENT | | 06 | | | |
| PENALTY | | 01,02,03,06 | | | |
| **APPURTENANCE** | 010 | | | | |
| CURRENT MONTH | | 01 | | | |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| PENALTY | | 01,02,03 | | | |
| **INTERMODAL** | 020 | | | | |
| CURRENT MONTH | | 01 | | | |
| FIRST MONTH ADJUSTMENT | | 02 | | | |
| PRIOR MONTH ADJUSTMENT | | 03 | | | |
| PENALTY | | 01,02,03 | | | |
| **CAR HIRE OTHER** | | | | | |
| CAR HIRE MISCELLANEOUS | 024 | ANY | | | |
| RULE 4 | 040 | 07,08,09 | | | |
| RULE 5 | 050-055 | 07,08,09 | | | |
| RULE 7 | 070 | 07,08,09 | | | |
| RULE 8 | 080 | 07,08,09 | | | |
| RULE 15 | 150-151 | 07,08,09 | | | |
| RULE 16 | 160 | 07,08,09 | | | |
| RULE 21 LOADING CHARGE | 210-215 | 01,02,03 | | | |
| RULE 22 | 221-225 | 07,08,09 | | | |
| RULE 23 | 230 | 07,08,09 | | | |
| **MISCELLANEOUS** | | | | | |
| SPECIAL | 400 | 07,08,09 | | | |
| BILATERAL | 425 | 07,08,09 | | | |
| CONTRACTS | 450 | 07,08,09 | | | |
| RESERVED | 500-550 | 07,08 | | | |
| TRAILER RELIEF | 600 | 07,08,09 | | | |
| **NON CAR HIRE - OTHER** | | | | | |
| CSR - 5 | 800 | XXXXXXXX | | | |
| SPECIAL USE CHARGE | 810 | XXXXXXXX | | | |
| ORIGIN DETENTION | 820 | XXXXXXXX | | | |
| DESTINATION DETENTION | 825 | XXXXXXXX | | | |
| OT - 5 | 850 | 07,08,09 | | | |
| TAX | 860 | | | | |
| **GRAND TOTALS** | XXX | XXXXXXXX | 29.72 | | 29.72 |

JAN 1 2 2004