UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST UNION RAIL CORP.,
    Plaintiff

CIVIL ACTION NO. 03-12374-DPW

v.

MAINE CENTRAL RAIL COMPANY, ET AL,
    Defendants

### SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

   The Court having been advised this date that the above-entitled action has been settled with respect to all parties;

   IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 60 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal, Notice of Voluntary Dismissal, or an Agreement for Judgment with the Court no later than **MAY 17, 2004.**

   The case shall be terminated as pending in view of this Order.

                                BY THE COURT,

                                /s Rebecca Greenberg

                                Deputy Clerk

DATED: March 15, 2004