UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FIRST UNION RAIL CORPORATION,**  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**MAINE CENTRAL RAILROAD COMPANY,**  )<br>**BOSTON AND MAINE CORPORATION,**  )<br>**PORTLAND TERMINAL COMPANY, AND**  )<br>**SPRINGFIELD TERMINAL RAILWAY COMPANY,**  )<br>)<br>Defendants.  )<br>) | CIVIL ACTION NO.<br>03-12374-DPW |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), but without prejudice to the right of the parties in a separate action to enforce and/or seek appropriate relief relating to the terms of a Settlement Agreement previously entered into by the parties and dated March 12, 2004.
.

    Respectfully Submitted,
    FIRST UNION RAIL CORPORATION
    By its attorney,

    /s/ John D. Fitzpatrick
    John D. Fitzpatrick, BBO# 550059
    FITZPATRICK & WARRENBRAND LLP
    One McKinley Square
    Boston, MA 02109
    (617) 720-2286

    MAINE CENTRAL RAILROAD CO., BOSTON AND
    MAINE CORPORATION, PORTLAND TERMINAL
    RAILWAY CO., and SPRINGFIELD TERMINAL
    RAILWAY CO.,
    By their attorney,

    /s/ Robert B. Culliford
    Robert B. Culliford (BBO #638468)
    Counsel for Defendants
    Iron Horse Park
    North Billerica, MA 01862
    (617) 663-1029

Dated: May 17, 2004

CHAR2\746189_ 1